JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RICARDO HERNANDEZ,<br><br>             Defendant. | Case No. 2:24-cr-51-RFB-BNW<br><br>United States' Request to File Late Response to Defendant's Motion to Dismiss<br>[ECF No. 26] |

On June 5, 2024, defendant Hernandez moved this Honorable Court to find that section 922(g)(1) is unconstitutional as applied to him, relying upon *United States v. Duarte,* 101 F.4th 657 (9th Cir. 2024). Under LCR 12-1(a)(2), the government's response was due 14 days later on June 29. Due to oversight of the undersigned AUSA, the filing deadline was missed. The government respectfully requests leave to file its response out of time the date of this filing.

Respectfully submitted this July 2, 2024.

|  |  |
|---|---|
| IT IS SO ORDERED:<br><br>*[signature]*<br>RICHARD F. BOULWARE, II<br>United States District Judge<br>Granted nunc pro tunc 7/2/2024<br>Dated 7/8/2024 | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Daniel J Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |