RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Ricardo Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RICARDO HERNANDEZ,<br><br>      Defendant. | Case No. 2:24-cr-00051-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Ricardo Hernandez, that the Sentencing Hearing currently scheduled on January 14, 2025, be vacated and continued to January 28, 2025.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict with the currently scheduled time for Mr. Hernandez's sentencing hearing.

2. The parties are requesting the next available date for Mr. Hernandez's sentencing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED January 7, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO HERNANDEZ,<br><br>　　　　Defendant. | Case No. 2:24-cr-00051-RFB-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 14, 2025 at 10:45 a.m., be vacated and continued to January 27, 2025 at 10:00 a.m.

DATED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE